IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

ANTHONY BERNARD FREEMAN,

    Plaintiff,

v.

MARY BURKE, R.N., et al,

    Defendants.

Civ. No. 3:15-cv-02163-TC

ORDER

MCSHANE, Judge:

Magistrate Judge Tomas M. Coffin filed a Findings and Recommendation (ECF No. 49), and the matter is now before this court. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72. Although plaintiff did not file objections, I reviewed the legal principles *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1998). I find no error and conclude the report is correct. Magistrate Judge Coffin's Findings and Recommendation (ECF No. 49) is adopted. This action is dismissed.

IT IS SO ORDERED.

    DATED this 7th day of August, 2017.

                                    /s/ Michael J. McShane
                                        Michael McShane
                                  United States District Judge